CLOSED

**UNITED STATES DISTRICT COURT** **MAGISTRATE JUDGE'S MINUTES**
**Southern District of California - Yuma**

DATE: 11/2/2007 CASE NUMBER: 07-10709M-001- SD

USA vs. Patricia Lopez-Torrez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN #: 70BK

A.U.S. Attorney ______ INTERPRETER Ricardo Gonzalez
LANGUAGE Spanish

Attorney for Defendant Brenda Acosta Sandoval (AFPD)
MATERIAL WITNESS(es): ______
MATERIAL WITNESS(es) state true name(s) to be: ______
Attorney for Material Witness(es): _

DEFENDANT: ☐ PRESENT ☒ NOT PRESENT ☒ RELEASED

DOA 10/31/07 ☐ Initial Appearance ☐ Appointment of counsel hearing held

☐ Financial Afdvt taken ☐ Defendant Sworn ☐ Financial Afdvt sealed

☐ Rule 5(c)(3) ☐ Defendant states true name to be _____. Further proceedings ORDERED in Defendant's true name.

| | |
|---|---|
| **DETENTION HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released ______<br>☐ Defendant continued detained pending trial<br>☐ Flight risk ☐ Danger | **IDENTITY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re: Prosecution<br>☒ Held ☐ Con't ☐ Reset<br>Set for:<br>Before: |

Other: The Government advises that the defendant was never brought to Court due to her medical status and was released. The Government orally moves to dismiss this Complaint. Defense counsel has no objection. IT IS ORDERED dismissing this Complaint without prejudice. Case closed.

Recorded by Courtsmart (Status: 2 MIN)
BY: Jocelyn M. Arviso
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Patricia LOPEZ-Torrez
Citizen of Mexico
YOB: 1984
A88 361 026
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07-10709M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about October 29, 2007, Defendant Patricia LOPEZ-Torrez was arrested and removed from the United States to Mexico through the port of San Luis, Arizona, in pursuance of law, and thereafter on or about October 31, 2007, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

COUNT II

That on or about October 31, 2007, within the Southern District of California, Defendant Patricia LOPEZ-Torrez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers and elude examination or inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325, in that the Defendant was previously convicted for violation of Title 8, United States Code, Section 1325, on October 11, 2007 (Felony).

COUNT III

That on or about October 31, 2007, within the Southern District of California, Defendant Patricia LOPEZ-Torrez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

Nicholas Francescutti
Signature of Complainant
Nicholas Francescutti
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

November 1, 2007 at Yuma, Arizona
Date City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer

Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Patricia LOPEZ-Torrez

Dependents: 3 Mexican

**IMMIGRATION HISTORY:** The Defendant was last removed through San Luis, Arizona on **October 29, 2007**.

**CRIMINAL HISTORY:**

| **DATE/LOCATION** | **OFFENSE** | **DISPOSITION** |
|---|---|---|
| **10/11/07 Yuma, AZ** | **Illegal Entry** | **15 Days Jail** |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on October 31, 2007.

| Charges: | | |
|---|---|---|
| | 8 USC§1326 | (Felony) |
| | 8 USC§1325 | (Felony) |
| | 8 USC§1325 | (Misdemeanor) |

Nicholas [signature]

Signature of Complainant

Sworn to before me and subscribed in my presence,

November 1, 2007

Date

[signature]

Signature of Judicial Officer